# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2016

154085

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* REQUEST FOR ADVISORY OPINION
REGARDING CONSTITUTIONALITY OF
2016 PA 249                                    SC: 154085

_____/

On order of the Court, the request by the Governor for an advisory opinion on the constitutionality of Section 152b contained in 2016 PA 249 is considered. We invite the Governor and any member of the House or Senate to file briefs on the following questions: (1) whether the Court should exercise its discretion to grant the Governor's request to issue an advisory opinion in this matter; and (2) whether the appropriation to nonpublic schools authorized by Section 152b of 2016 PA 249 would violate Const 1963, art 8, § 2.

We respectfully request the Attorney General to submit separate briefs arguing both sides of the above questions. Other persons or groups interested in the determination of the questions presented in this matter may move the Court for permission to file briefs amicus curiae on either or both sides of the above questions.

All briefs shall be filed no later than August 26, 2016.

The request by the Governor for an advisory opinion remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2016



t0720

Clerk